THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CERULLI,

# 892    CASES REPORTED WITH BRIEF SYLLABI.

Appellant.— Motion denied. Present — Thomas, Stapleton, Mills, Rich and Blackmar, JJ.